# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Tennessee_

_Nashville_ Division

RECEIVED

JUL 17 2025

US DISTRICT COURT
MID DIST TENN

| | |
|---|---|
| Johnathon Douglas #448602, Kentavis Jones #504610 <br> _Plaintiff(s)_ <br> _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ <br><br> -v- <br><br> Trousdale · Turner · Correctional · Center, <br><br> Core Civic <br> _Defendant(s)_ <br> _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | Case No. 3:25-cv-00472 <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bill Lee Haslam |
| Street Address | State Capitol Bldg 1 |
| City and County | Nashville, Davidson |
| State and Zip Code | TN 37243 |
| Telephone Number | 615-741-2001 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

**2.** **The Parties to This Complaint**

**A.** **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Johnathon Douglas #448602_
All other names by which
you have been known: _Kentavis Jones #504610_
ID Number
Current Institution _T.T.C.C_
Address _140 Macon Way_
_Hartsville_ _Tn_ _37074_
City    State    Zip Code

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name _Damon Hinninger_
Job or Title *(if known)* _C.E.O_
Shield Number
Employer _Core Civic_
Address _5501 Virginia Way, Suite 110_
_Brentwood_ _Tn_ _37027_
City    State    Zip Code
☐ Individual capacity ☑ Official capacity

Defendant No. 2
Name _Vince Vantell_
Job or Title *(if known)* _Warden_
Shield Number
Employer _Trousdale Turner Correctional Center_
Address _140 Macon Way_
_Hartsville_ _Tn_ _37074_
City    State    Zip Code
☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name — Elisha Futrel

Job or Title (if known) — Cpt.

Street Address — 140 Macon Way

City and County — Hartsville

State and Zip Code — Tn 37074

Telephone Number

E-mail Address (if known)

☐ Individual Capacity  ☑ Official Capacity

Defendant No. 4

Name — Justin Cunningham

Job or Title (if known) — S.T.G Coordinator

Street Address — 140 Macon Way

City and County — Hartsville

State and Zip Code — Tn 37074

Telephone Number

E-mail Address (if known)

☐ Individual Capacity  ☑ Official Capacity

Defendant No. 5

Name — Marquez Eckford

Job or Title (if known) — Lt.

Street Address — 140 Macon Way

City and County — Hartsville

State and Zip Code — Tn 37074

Telephone Number

E-mail Address (if known)

☐ Individual Capacity  ☑ Official Capacity

Defendant No. 6

Name — Jon Cunningham

Job or Title (if known) — Lt.

Street Address — 140 Macon Way

City and County — Hartsville

State and Zip Code — Tn 37074

Telephone Number

E-mail Address (if known)

☐ Individual Capacity  ☑ Official Capacity

Defendant No. 7

- Name — Madison Barnes
- Job or Title (if known) — Sgt.
- Street Address — 140 Macon Way
- City and County — Hartsville
- State and Zip Code — Tn 37074
- Telephone Number
- E-mail Address (if known)

☐ Individual Capacity   ☑ Official Capacity

Defendant No. 8

- Name — Justin Lambuth
- Job or Title (if known) — Sgt.
- Street Address — 140 Macon Way
- City and County — Hartsville
- State and Zip Code — Tn 37074
- Telephone Number
- E-mail Address (if known)

☐ Individual Capacity   ☑ Official Capacity

Defendant No. 9

- Name — Jacob Kramer
- Job or Title (if known) — Sgt.
- Street Address — 140 Macon Way
- City and County — Hartsville
- State and Zip Code — Tn 37074
- Telephone Number
- E-mail Address (if known)

☐ Individual Capacity   ☑ Official Capacity

Defendant No. 10

- Name — Frank Strada
- Job or Title (if known) — Commissioner
- Street Address — 320 Sixth Avenue North
- City and County — Nashville, Davidson
- State and Zip Code — Tn, 37243
- Telephone Number
- E-mail Address (if known)

☐ Individual Capacity   ☑ Official Capacity

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

     [✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1343 (A)3

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

     a.     If the plaintiff is an individual

         The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

     b.     If the plaintiff is a corporation

         The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

     *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

     a.     If the defendant is an individual

         The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Alba, 517 F.3d at 1254

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

☑     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

In The United States District Court For The
Middle District Of Tennessee Nashville Division

① 7/4/25

Plaintiffs: )
Johnathon Douglas #448602 ) No. 3:25-cv-00472
Kentavis Jones #504610 )
V. ) Judge Richardson
Defendants: ) Magistrate Judge Frensley
C.E.O Damon Hinninger )
Warden Vince Vantell )
Cpt. Elisha Futrel )
S.T.G Coordinator Justin Cunningham )
Lt. Marquez Eckford )
Lt. Jon Cunningham )
Sgt. Madison Barnes )
Sgt. Justin Lambuth )
Sgt. Jacob Kramer )
Cmmr: Frank Strade      SECOND AMENDED COMPLAINT

On October 15, 2024 at approximately 05:34 a.m hours,
I, Johnathon M. Douglas #448602 and Inmate Kentavis
A. Jones #504610 were both attacked, and assaulted
by multiple inmates at Trousdale. Turner. Correctional.
Center, Hartsville, Tn 37074 in Delta/Bravo unit,
me, and Mr. Jones were both stabbed with homemade
knifes, beating with mop·handles, broom·sticks, walking·canes
and chased around the dayroom, and toward the
front pod's door, we both tried our best to
defend ourselves until some unknown inmates that
decided to come between the chaos for break.

everything up and helped me, and Mr. Jones to get out of the pod's door, than around 06:30 a.m hours of October 15, 2024, Ms. Cpt. Elisha Futrel had came to Delta unit to do hers' wellness check because she claimed that she had already seen the whole incident on the cameras, she were acting concerned but she didn't do her proper investigation to get down to the root of the problem, and see who all was involved, nor tried to give me, and Mr. Jones any medical attention, or move us both to another housing unit before she lefted this facility "T.T.C.C," that morning, but she decided to putted it off on first shift, and write disciplinary reports for fighting on, I, Johnathon Douglas #448602, inmate Kentavis Jones #504610, and two more other inmates, than she wroted in the reports that there wasn't any weapons involved in the incident, which I do believed to cover her mistakes, although the milestone footage will show that me, and Mr. Jones were both attacked, assaulted, and chased around Delta/Bravo dayroom by multiple inmates with weapons at the time this incident occured. Than around at approximately 10:00 a.m hours, of October 15, 2024, after shift had changed over that morning, The S.T.G Coordinator: Justin Cunningham had came around to do his wellness check from behind the lockdown in Delta unit due to this incident, he came around, and had medical with him, while he had taking pictures of Mr. Jones, and his, I,

③

Johnathon Douglas #448602, were at my parole hearing that morning of October 15, 2024, after my hearing at approximately 12:30 p.m hours of October 15, 2024, S.T.G Coordinator Justin Cunningham had came back to take pictures of me instead of getting down to the root of the problem, he tried to disarm me from a weapon that I didn't really have, which he didn't try to disarm, nor take any pictures of those other inmates that assaulted me, and Mr. Jones, then he had stated if I would give him a weapon that he would dropped the write-up from the computer, I had tolded him "Mr. Cunningham," that me, and Mr. Jones both needed some medical attention, so Mr. S.T.G Cunningham had came back around with a nurse that I am not familar with her name because that was my first and last time seeing her, I had shown her my wounds and she had told me that after Mr. S.T.G Coordinator Justin Cunningham get done with his investigation in Delta/Bravo, and when we come off of lockdown that evening, they would have someone to excort me, and Mr. Jones both up to medical, but later on that evening at approximately around 6:45 p.m of October 15, 2024 in Delta/Bravo unit at Trousdale· Turner· Correctional· Center, Hartsville, Tn 37074 the incident occured again by those same individual

④

inmates, and plus more inmates that had came out of place from all over the compound at Trousdale. Turner. Correctional. Center, Hartsville, Tn 37074 me, and Mr. Jones were both attacked, assaulted, and also forced to leave Delta unit, I, Johnathon Douglas #448602, and inmate Kentavis Jones #504610, both had tried to get some help from the yard office Sgt. Jacob Kramer at approximately 7:45 p.m hours of October 15, 2024, he was acting like that he couldn't help us, nor move us both no where but segregation with a R.C.A "Refusing. Cell. Assignment," write. up, and let first shift deal with our situation, so me, and Mr. Jones stood outside at the crash. gate until we fought someone to help us both with our situation, and thats when Lt. Jon Cunningham had came to talk us both at approximately 8:40 p.m at Trousdale. Turner. Correctional. Center Hartsville, Tn 37074, we both was standing there with busted lips, busted noses, knots on both of ours' heads, and with stab wounds explaining our situations to him, neither time that he tried to investigation, and then get to the root of the problem, nor tried to get us both medical attention, or put us both no where safe until the problems gotten solved but instead, he had putted us both in segregation, and than putted disciplinary reports on I, Johnathon Douglas #448602,

⑤

and inmate Kentavis Jones #504610, for RCA "Refusing Cell·Assignment," we both was housed in segregation in Alpha/Bravo unit, cell 214, trying to fight those disciplinary reports that was forced on me, and Mr. Jones because we both wasn't bothering anyone, and that we both were trying to defended ourselves, than about three days later on October 18, 2024 at approximately 09:00 a.m hours, Ms. Sgt. Madison Barnes were a acting Disciplinary·Board·Sergeant at that particular moment, meaning that she was filling in for the normal person that were over D.Board, but Ms. Sgt. Barnes came to our door with those write-ups for fighting, and R.C.A "Refusing·Cell·Assignment," so she had our hearings on both of those write-ups that same day on October 18, 2024 at approximately 09:15 a.m hours, which, I, Johnathon Douglas #448602, and inmate Kentavis Jones #504610, both explained our situation to her, and two of her's inmate advisors, and than all of them decided to go back, and review the milestone footage for themselves, which, Ms. Sgt. Barnes had came around back to our's cell, and stated to me, and Mr. Jones both that they all have seen the footage with their own eyes, and that we both was trying to defended ourselves, although, that she would drop those write-ups if we both would leave out of segregation, which that we both stated back to her, as long as we both are some where

safe like Fox unit because it's the program unit, and we both know that everyones thats are over in Fox unit are trying to go home like we both are, So when count had cleared at approximately 11:45 a.m hours, on October. 18, 2024 at Trousdale · Turner · Correctional · Center, Hartsville, Tn 37074, Lt. Marquez Eckford had came to our cell door, and tolded I, Johnathon Douglas #448602 and inmate Kentavis Jones #504610, to pack up, and we are moving out of segregation, so me, and Mr. Jones was like where are ya'll moving us too? We both had tolded him that we have a big situation, and that we just can't be put any where to be ambushed, and assaulted again because of most of those inmates that had attacked me, and Mr. Jones had came out of place from most of those units that they was trying to put us both at, So we both tried to get Mr. Lt. Eckford to put us in Fox unit where we both felt safer at, he wasn't trying to hear us out, nor trying to take our situation serious, he stated that we both will go where they want to put us both at, or get written up for R.C.A "Refusing · Cell · Assignment", thats when Mr. Lt. Eckford had escorted me, and Mr. Jones both into Bravo unit, than we all started seeing strange movements from different inmates inside of Bravo unit, and inmates started coming

out of place from Eckford to both units

are beside one other, and the only things that's
are separate both units are the crash·gates, and
the basketball's courts, but that wasn't stopping them
inmates from coming out of place to try to
attack, and assault me, and Mr. Jones again
because all crash·gates, and all unit's doors were
supposed to be secured at all times, and thats
when Mr. Lt. Eckford had decided to excort us
both back to segregation in Alpha unit, all of
those same inmates started following, I, Johnathon Douglas #44860;
inmate Kentavis Jones #509610, and Mr. Lt. Marquez Eckford
back up the sidewalk yelling, and telling me, and
Mr. Jones both that we can't be on this compound
at Trousdale· Turner· Correctional· Center, Hartiville, Tn 37074,
After we all had maded back to segregation in Alpha
unit, Mr. Sgt. Justin Lambuth had came to open, and
hold the front door open for me, and Mr. Jones
to push our property in the cart back through,
and while Mr. Lt. Eckford was putting handcuffs back
on me, and Mr. Jones to be excorted back to
our cells, Mr. Sgt. Lambuth was still standing there
in the front door, with the door wide open
so those inmates could easily slide through,
and attack me, and Mr. Jones while we both
was in handcuffs, although one of those inmates
was acting like that he were asking Mr. Sgt. Lambuth

stood there with the front door of Alpha unit
wide open so that those other inmates could've easily
slide right on pass Mr. Sgt. Lambuth so they
could of attacked, I, Johnathan Douglas # 448602, and
Mr. Kentavis Jones # 504610, while we both was handcuffed
to our's back sided, than I had seen one of those
trying to easy hisself right on in the front door,
so I had tried to get Ms. Sgt. Madison Barnes
undivided attention because she was to busy talking away
on her's cell phone inside of her's office with the door wide
open, although that she waved me off like I wasn't
talking about nothing, than I started yelling out loud
to close that front door up, to try, and get somebody
attention while those inmates was trying to work their
way on through the front door pass Mr. Sgt. Lambuth,
because he was to busy talking about nothing, which,
Ms. Sgt. Barnes were in her's office at that moment
with the door wide open, talking away on her's cellphone,
neither one of them wasn't on their security like
they was supposed too, nor paying attention to
their surrounding, or paying attention to those
inmates movement at that particular time, they
were supposed to been on their security watching
me, and Mr. Jones both because we was standing
there in the hallway with our's hands handcuffed
to our backside, and Mr. Lt. Marquez Eckford were
in his office at the front telling Cpt. to replace us
back in ALPHA / Bravo, and going our property too,

(9)

than around approximately 02:30 p.m on October 18, 2024 at Trousdale Turner Correctional Center, Hartsville, Tn 37074, Mr. Sgt. Justin Lambuth had came through Alpha/Bravo unit doing his security round, so I, Johnathon Douglas #448602, and inmate Kentavis Jones #504610, both had stopped Mr. Sgt. Lambuth to ask him were this incident reported? He stated, yes this incident has been ran up through chain of command, and reported to Mr. Warden Vince Vantell, and to Mr. C.E.O Damon Hinninger, than about a month later on November 18, 2024 at approximately 10:00 a.m hours, me, and Mr. Jones both recieved another disciplinary for R.C.A "Refusing Cell Assignment," which nobody had came to talk to us, investigation our situation to get to the root of the problems, nor told us both that we were getting written-up for R.C.A "Refusing Cell Assignment," so the new Disciplinary Board Sergeant at the time, and the one that served me, and Mr. Jones both the disciplinary on November 18, 2024 at approximately 10:00 a.m hours, her name was Ms. Sgt. Shoemaker, she had also had our hearing as well too, me, and Mr. Jones both had explained our situations to her, so she went, and reviewed the milestone footage as well, and than she had called STG Coordinator Justin Cunningham to come and talk

to, I, Johnathon Douglas #448602, and inmate Kentavis Jones #504610, about our situation, so around that evening at approximately 03:00 p.m hours, of November 18, 2024, close to count time, which that he had finally shown up because me, and Mr. Jones both been trying to get Mr. S.T.G Coordinator: Justin Cunningham to come back to segregation to talk to me, and Mr. Jones both, so when he did show up, we both have given him the whole details on what's going on with the two of us, he stated, that he would promise to dig into it, do his investigation, run it back up through the chain of command again as well, and reported back through Mr. Warden Vince Vantell, and Mr. C.E.O Damon Hininger, and then stated, that he would transfer me, and Mr. Jones both to another facility, after, we both had told him that we both feared for ours lives here at Trousdale · Turner · Correctional · Center, Hartsville, Tn 37074 me, and Mr. Jones haven't seen, nor heard from Mr. S.T.G Coordinator: Justin Cunningham, neither Warden Vince Vantell before Mr. Vantell had moved from this facility, and I, Johnathon Douglas #448602, and inmate Kentavis Jones #504610, have both sented Mr. Warden Vince Vantell 6-1C Incident Statement on Jan. 9, 2025 before he had lefted to show him also that me, and Mr. Jones both have been charged with the fighting disciplinary, and that some one had forward our signature on those disciplinary, and proof that another inmate adviser witness it, and we are complaining that they had that Write · up

Were supposed to been dismissed on me, and Mr. Jones behalf, it seems like that these people aren't taking our situations, nor lives serious. Which on July 7, 2025 at approximately 01:15 p.m they've moved me from Fox unit, back to Delta unit were the incident occured, and round the same inmates that assaulted us. In short terms, those officials was aware of the risks of injuries, but did nothing to abate it. Plaintiffs were both assaulted. Plaintiffs were both also written up on October 15, 2024. Plaintiffs believed that they both was written up to cover up the negligence. These officials were personally involved in the constitutional violations. Specificially, each Plaintiffs are pursuing Federal claims for the violations of their Fourteenth Amendment Rights, and Eighth Amendment Rights by way of 42 U.S.C. § 1983. As relief, each Plaintiffs seeks $22,500,000 for Pain and insuffing, and Punitive damages in the amount of $22,500,000 because of injuries, and Emotional distress.

Certification and Closing ...

Under Federal Rule of Civil Procedure 11, by signing below, I, Johnathon Douglas #448602, and inmate Kentavis Jones #604610, both certified, to the best of our Knowlege, information, and belief that this complaint:

① is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase to the cost of litigation;

② is supported by existing law, or by a nonfrivolous

argument for extending, modifying, or reversing existing law; ③ the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation, or discovery; and ④ the complaint otherwise complies with requirement of rule 11.

A. For Parties without an Attorney, I, Johnathon M. Douglas #448602, and inmate Kentavis Jones #504610, both have agreed to provide the Clerk's office with any changes to both of ours' addresses where case-related papers may be served. I, Johnathon M. Douglas #448602, and inmate Kentavis Jones #504610, both understand that our failure to Keep a current addresses on file with the clerk's office may result in the dismissal of ours' cases.

Date of signing 7/4/25

Signature of Plaintiff(s) Johnathon M. Douglas #448602
                          K Jones #504610

Printed Names of Plaintiff(s) Johnathon M. Douglas #448602
                              Kentavis Jones #504610

§(C A) pres of the Aed, p,E, A Info for the Services to the Victims of the 1989
- 1998 Act of the Tennessee U.S.C.A 14 Amendment Art 1 § 8 (quoting) 34 U.S.C.A
§ 20141 (A) Designation of Responsible Officials and (B) Identification of
Victims & physical Brutality (q) § Sinclair v. Hightowne 112 F.3d 191 (6th Cir 1997)
Caution of Capital Cases (under 28 U.S.C § 2254 for a writ of Habeas Corpus
Deportation of a lawyer (28 U.S.C § 1915 (E) § (2) Benjamin N. Cardozo School
of hard, yeshiva University The Innocence Project

                    Fax'ies Embodyment (Writ) Memoran' Dum
Amendment, of. Tennis; quoting payne v. Tennessee, 501 U.S. 808, 827-828, 111
S. Ct 2597, 115. L. Ed 2d 720 (1991) the evenhanded development of legal -
principles, The treatment of stare decisis in gant fully supports of the decision
in the present Case; See Davis v. United States, 512 U.S. 452, 459, 114 S. Ct 2350,
129 L. Ed. 2d 362 (1994), and once trigged, the rules operates as a bright line
Montejo - expresses Concern that Courts will have to determine whether state-
ments made at preliminary hearing Constitute (Edwards) invocations. - thus
implicating all the practical problems of the (Louisiana) rule note -
discussed above, See part II, Supra, that Concern is misguided (Cite AS: )
United States v. Hughes A. Bagley, 473 U.S. 667, 105 S. Ct 3375, 87 L. Ed. 2d.
481, 53 USL.W (3.5084 (Court of Appeals may now Reverse only (if there is
a "Reasonable probability" that the Suppressed evidence "Would have
"altered" the result of the (trial)

                    (Chain of Evidence,% Initials)
Abdur' Rahman v. Bell, 443 F.3d 738, 6th Cir July 13, 2007
Tommy B. Morris v. Lewis, 365 F. 3d 529
U.S.C.A. 14 Amendment In Art 1 § 8
T.C Annoted § 33-7-301 (2)(A)


                    (Rehabilitative Powers)
Wilcoxson v. State, 22 S.W. 3d 289 § Tn, 1999)

# Article 1 Section 17 of the Declaration of Rights

That all Courts shall be open; and everyman for an injury done him is his lands, goods, person, or reputation, shall have remedy by due Course of <u>Law</u>, and Rights, and Justice administered without Sale, denial, or delay, Suits may be brought against the law, or state in such Mannor, and in such Courts as the Legislature me be <u>law Direct</u> (Section 4. Article 1.)

Bivens V. Six Unknown Named Agents of Federal Bureau of Naracotics, 403 U.S. 388 (1971) Deprivation of any rights, privileges, or immunities secured by the Constitution and Federal Laws, quoating; Secretary of State for home. Affairs V. O'Brein, (1923) A.C. 603.609 H.L.

## Relief sought

Yang v. City of Chicago, 137 F.3d 522; 525-26 (7th Cir. 1998) as long as they do so withing the Original suit rather than filing a new One (Enforcement and Modification of Judgment) Requiring 208 F. Supp. 2d at 294-95, the Court held that the fact that some five percenters had acted violently did not justify the whole group. Incorporated by law with unlimited power (with Liberty, "privilege). As A citizen under the 14th Amendment by the General Assembly of the Universal Declaration of Human Rights are Entilited to Damages of pain insuffering, and Emotional Distress with Process legally served to support the Constitution of the United States. & Twenty-two million, and five hundred thousand dollars.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        7 | 9 | 2025

Signature of Plaintiff        *Johnathon Douglas #448602*

Printed Name of Plaintiff        *Johnathon Douglas # 448602*

### B.     For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

Johnathon Douglas # 448602
T.T.C.C
140 Macon Way
Hartsville, Tn
      37074



RECEIVED

JUL 17 2025

US DISTRICT COURT
MID DIST TENN

Clerk, U.S. District Court
Middle District Of Tennessee
719 Church Street, Suite 1300
Nashville, Tn
      37203