

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

RECEIVED
JUL 17 2025
US DISTRICT COURT
MID DIST TENN

Pno AOI
COS
moore

NAME: Kentavis A. Jones
NUMBER: 504610
INSTITUTION & UNIT: T.T.C.C. AB-214

DESCRIPTION OF PROBLEM: On Oct. 15th, 2024 at approximately 4:30am me and inmate Johnathan M. Douglas #448602 was beating and assaulted by several inmates in Delta unit with brooms, sticks, and etc. but once we were able to defend ourselves we were written up for fighting

REQUESTED SOLUTION: Pending Transfer

Signature of Grievant: K. Jones
Date: 10-19-24

---

**TO BE COMPLETED BY GRIEVANCE CLERK**

Grievance Number: 7651-36976
Date Received: NOV 18 2024  11-13-24
Signature Of Grievance Clerk: C. Christi

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: ___

AUTHORIZED EXTENSION: ___
New Due Date: ___
Signature of Grievant: ___

---

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: See CR-3148.

Chairperson's Response and Reason(s): Acknowledge Response

DATE: 11-20-24   CHAIRPERSON: C. Christi

Do you wish to appeal this response? ✓ YES ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: K. Jones
DATE: 11-21-24
WITNESS: ___

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE  (continuation sheet)

DESCRIPTION OF PROBLEM: We didn't start the fight and milestone footage will support my claim in this matter. Now this incident happened twice in the same day where we was forced to have to come to segregation, where we been sitting for weeks waiting to talk to someone about the situation and getting transferred. TDOC policy states, we have a right to safety, STG Cunningham was requested for weeks but to no avail and have yet to hear anything and he was well aware of this situation!

Respectfully,
Kentavis A. Jones #504610

Distribution Upon Final Resolution:
White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-09)

Case 3:25-cv-00472    Document 13-1    Filed 07/17/25    Page 2 of 10 PageID #: 102

# TENNESSEE DEPARTMENT OF CORRECTION
## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

Received NOV 20 2024 Grievance

DATE: 11/19/2024

Please respond to the attached grievance, indicating any action taken.

Date Due: 11/25/2024

Grievance Number: 7651/369764

Inmate Name: K. Jones

Inmate Number: 504610

According to DHO, you plead guilty to charges. The incident was handled and all offenders involved were charged appropriately. The requested solution cannot be honored.

SIGNATURE

DATE: 11-20-24



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

**NAME:** Keatavis Jones
**NUMBER:** 504610
**INSTITUTION & UNIT:** TTCC AB-214 ~~AB-1914~~ OTC AB-214
**GRIEVANCE NUMBER:** 7651/369764

**Summary of Evidence and Testimony Presented to Committee:** No hearing held

**Inmate Grievance Committee's Response and Reasons:** Deemed Inp per policy 501.01 (VI) (H)

**DATE:** 11/21/2024
**CHAIRMAN:** C. Christian
**MEMBER:**

**MEMBER** **MEMBER** **MEMBER**

======================================

**Warden's Response:** Agrees with Proposed Response ☑

Disagrees with Proposed Response ☐

If Disagrees, Reason(s) for Disagreement _____

**Action Taken:** _____
**DATE:** 12-2-24
**WARDEN'S SIGNATURE:** [signed]

**Do you wish to appeal this response?** ✓ YES ___ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

**GRIEVANT:** K. Jones
**DATE:** 12-19-24
**WITNESS:** [signed]

======================================

**Commissioner's Response and Reason(s):** _____

**DATE** **SIGNATURE**

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod - Commissioner

CR-1393 (Rev. 3-00)   RDA 2244

Case 3:25-cv-00472   Document 13-1   Filed 07/17/25   Page 4 of 10 PageID #: 104

*3313*



# MEMO

Inmate Name: Kentavis Jones    TDOC Number: 574610

Institution: TTCC    Housing Unit: A3 214B

Institution Grievance Number: 7651    TOMIS Grievance Number: 369764

Commissioner's Response:

Received
JAN 08 2025
Grievance

☑ Concur with Warden    ☐ Concur with Supervisor    ☑ Appeal Denied

01-08-2025    For L.A. Thomas by Benjamin S-Bey
Date    Assistant Commissioner of Prisons

FS-1A

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

# INCIDENT STATEMENT

| Facility | TTCC | | Incident Number | |
|---|---|---|---|---|
| Incident Date | | | Incident Time (HRS) | |

| Person Name | ID Number (Employee #/Inmate#/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Robinson, DeVante' | 00506024 | Inmate | Witness |

Housing Location (For Inmates/Residents Only) | Delta Bravo 227

**Based on your own knowledge, what did you see, hear, and do?**

I (Robinson) was conducting a disiplinary hearing with inmates Jones (504010) and Douglas (448602), when a facility wide lockdown interrupted said hearing. During this lockdown a disciplinary hearing officer was let go (fired), thus putting a hault to all hearings and paperwork. Also during this lockdown other advisors were called to help with backed up paperwork. This is when inmat Pride (467116) assisted with hearing and lack of information of these disiplinaries caused an error in Jones' disiplinary ( ). Henceforth this 5-1C being written.

Did you receive any injuries? YES or NO (If YES, Explain Below) | NO

Were you evaluated by medical? YES or NO | NO

| Printed Name: | DeVante' E. Robinson | | |
|---|---|---|---|
| Signature: | [signature] | Date: | Jun. 5, 2025 |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information - Not For Distribution - Copyrighted    Property of Corrections Corporation of America

# AFFIDAVIT

I, Johnathon Douglas, swear and/or declare that all of the facts stated in this civil complaint are true and correct to the best of my knowledge.

_Johnathon Douglas #448602_
Johnathon Douglas

SWORN TO AND SUBSCRIBED before me
this the 9th day of July 2025.

_W Grady_
Signature of Notary

[Notary Seal: W M GRADY, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF TROUSDALE, My Comm. Expires August 27, 2025]

# CERTIFICATE OF SERVICE

I, Johnathon Douglas, certify that a true and exact copy of the following civil complaint has been forward by Trousdale Turner Correctional Center on 9th day of July 9th 2025, to the following with full-address: Clerk, U.S. District Court, Middle District of Tennessee, 719 Church Street, Suite 1300, Nashville, Tennessee, 37203

_Johnathon Douglas_
Johnathon #00504610  0044860 2
Pro se litigant
T.T.C.C.
140 Macon Way
Hartsville, TN 37074



# TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

TO: __Douglas, Johnathan__     __448602__     __AB-214__
    INMATE NAME (Printed)        TDOC NUMBER    HOUSING UNIT

FROM: __S/o Christian__, Grievance Chairperson   _____
                                                 Inmate TDOC Grievance Number

DATE: __11-22-24__

SUBJECT: __COS__

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____

*Reminder:* *You have **SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED** to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.*

__S/o C Christian__
Grievance Chairperson

CR-3689 (Rev. 12-15)     Duplicate as Needed     RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

NAME: Johnathon Douglas     NUMBER: 448602     INSTITUTION & UNIT: A.B-214

DESCRIPTION OF PROBLEM: On Nov. 5, 2024 at approximately 1:30 p.m hours, I, Johnathon Douglas #448602, and Kentavis Jones #504610 Constitutional rights were violated by Warden Vince Vantell, and S.T.G Coordinator Cunningham

REQUESTED SOLUTION: Pending transfer

Signature of Grievant: Johnathon Douglas     Date: 11/9/2024

============================================

### TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number: _____   Date Received: _____   Signature Of Grievance Clerk: _____

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date    Signature of Grievant

============================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____     CHAIRPERSON: _____

Do you wish to appeal this response?     ___ YES     ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT     DATE     WITNESS

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

Johnathon Douglas # 448602
T.T.C.C
140 Macon Way
Hartsville, Tn
37074



Clerk, U.S. District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, Tn
37203

RECEIVED
JUL 17 2025
US DISTRICT COURT
MID DIST TENN